IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CASE NO. 1:07cv693-WKW
)
5138 CO. RD. 636, ENTERPRISE, COFFEE CO., AL., ETC., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____

_____                    _____


7/31/2007                                  (Signature)
Date
                                           JOHN T. HARMON [HAR108]
                                           (Counsel's Name)
                                           **United States of America**
                                           Counsel for (print names of all parties)
                                           131 Clayton Street
                                           Montgomery, Alabama 36101-0197
                                           Address, City, State Zip Code
                                           (334) 223-7280
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN                        DIVISION

## CERTIFICATE OF SERVICE

I, JOHN T. HARMON, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31st day of July 20 07, to:

all parties of record

7/31/2007
Date

Signature