IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff;

vs.                        CIVIL ACTION NO.1:07cv693-WKW

ONE PARCEL OF PROPERTY,

    Defendant.

## NOTICE OF APPEARANCE

COMES now Sydney Albert (Al) Smith Attorney at Law, and files herein a **NOTICE OF APPEARANCE** as counsel for Defendant Property Owner, JOHNNIE GRIMES.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the August 22, 2007.

                                         S/Sydney Albert Smith
                                         Sydney Albert (Al) Smith
                                         ASB-3560-H70S
                                         Attorney at Law
                                         **Elba Office**
                                         P. O. Drawer 389
                                         Elba, Al 36323
                                         Phone:       334-897-3658
                                         Fax:334-897-6824

sydneyalbertsmith@charter.net

I hereby certify that I have served a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

John T. Harmon, Assistant Unites States Attorney

<u>S/Sydney Albert Smith</u>
Sydney Albert Smith
ASB-3560-H70S
Attorney at Law
P. O. Drawer 389
Elba, AL 36323
Phone:     334-897-3658
Fax:         334-897-3824
sydneyalbertsmith@charter.net