IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff;

vs.                            CIVIL ACTION NO.1:07cv693-WKW

ONE PARCEL OF PROPERTY,

    Defendant.

## ANSWER

Comes now, Johnny Grimes, owner of said property, by and through Sydney Albert Smith, counsel of record, and answers the Complaint as follows:

1. The Defendant owner admits paragraph One (1) of the Complaint.

2. The Defendant owner admits paragraph Two (2) of the Complaint.

3. No answer is necessary to paragraph Three (3) of the Complaint. The Defendant Owner does note, however, the notice was posted on the structure known as "Grimes Grocery" which **is not** part of this forfeiture action nor description. Pursuant to an agreement with the Defendant owner and the United States Attorney's Office, the two (2) acre parcel which has greater value than the store building and the small plot it sits on, was to be forfeited in this civil action rather than the store building itself in an ancillary proceeding in the criminal action.

4. The Defendant owner admits paragraph Four (4) of the Complaint.

5. The Defendant owner admits paragraph Five (5) of the Complaint.

6. The Defendant owner admits paragraph Six (6) of the Complaint.

7. No answer is necessary to paragraph Seven (7) of the Complaint.

8. The Defendant owner admits paragraph Eight (8) of the Complaint. The Defendant Owner does note, however, the notice was posted on the structure known as "Grimes Grocery" which **is not** part of this forfeiture action nor description. Pursuant to an agreement with the Defendant owner and the United States Attorney's Office, the two (2) acre parcel which has greater value than the store building and the small plot it sits on, was to be forfeited in this civil action rather than the store building itself in an ancillary proceeding in the criminal action.

9. The Defendant owner admits paragraph Nine (9) of the Complaint.

10. The Defendant owner admits paragraph Ten (10) of the Complaint.

PREMISE CONSIDERED, the Defendant Owner admits that the described property, and that only, should be forfeited to the Government. The Defendant is elderly, is in ill health, and was determined in the criminal proceeding to be unable to pay any fine. The agreed on parcel of property is more valuable than what the Government could have seized in the criminal proceeding. The Court is requested to **not** order the payment of costs or expenses by the Defendant owner.

Respectfully submitted this the 22nd day of August, 2007.

    s/Sydney Albert Smith
    Sydney Albert (Al) Smith
    ASB-3560-H70S
    Attorney at Law
    **Elba Office**
    P. O. Drawer 389
    Elba, Al 36323
    Phone:    334-897-3658
    Fax:334-897-6824
    sydneyalbertsmith@charter.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

    John T. Harmon, Assistant Unites States Attorney

    S/Sydney Albert Smith
    Sydney Albert Smith
    ASB-3560-H70S
    Attorney at Law
    P. O. Drawer 389
    Elba, AL 36323
    Phone:    334-897-3658
    Fax:    334-897-3824
    sydneyalbertsmith@charter.net