4

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:07CV693-WKW |
| DEFENDANT | TYPE OF PROCESS |
| 5138 CO. RD. 636, ENTERPRISE, COFFEE CO., ALABAMA, ETC. | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)
POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS # 05-DEA-459611

PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

| Signature of Attorney or other Originator requesting service on behalf of : | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John T H | ☒ PLAINTIFF ☐ DEFENDANT | (334) 223-7280 | 7/30/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No.____ | No. 2 | No. 2 | K. Chavers | 8/2/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 9/25/07 | Time: 2:40 pm

Signature of U.S. Marshal or Deputy: Karen A. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 8/16/07 C.M. # 7006 0100 0003 2055 4773
published 8/20, 8/27, 9/3/07.
$ 9/25/07 paid invoice

RETURNED AND FILED
SEP 26 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2007 AUG -2 P 4: 12
UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

# ADVERTISING ORDER

| | |
|---|---|
| ORDER NUMBER | 05-DEA-459611 |
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE: U. S. Department of Justice, U. S. Marshals Service | DATE: 08/16/2007 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts.

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Notice of Complainit for Forfeiture Against Real Property

| | |
|---|---|
| SUBJECT OF ADVERTISEMENT: Montgomery Advertiser | EDITION OF PAPER ADVERTISEMENT APPEARED |
| NUMBER OF TIMES ADVERTISEMENT APPEARED: 3 | DATE(s) ADVERTISEMENT APPEARED: August 20, August 27, September 3, 2007 |

SPECIFICATIONS FOR ADVERTISEMENT

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION UNITED STATES OF AMERICA PLAINTIFF, v. CIVIL ACTION NO. ONE PARCEL OF PROPERTY LOCATED AT 5138 COUNTY ROAD 636, ENTERPRISE, COFFEE COUNTY, ALABAMA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, DEFENDANT. NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY Notice is hereby give[illegible] that a civil complai[illegible] seeking forfeiture pursu[illegible] ant to 21 U.S.C. ◊ 88[illegible] h[illegible] a[illegible] been filed in the United States District Court for the Middle District of Alabama by Leura G. Canary, United States Attorney, on behalf of the United States of America against the defendant property. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States. The defendant property is more particularly described as follows: Beginning at the intersection of the south right of way of "old County Road 14", now known as Coffee County Road 636, and the east right of way of the Holloway Tabernacle Church Road, now known as Coffee County Road 639, then in a north easterly direction along the right of way of Coffee County Road 636 the distance of 616.49 feet to the point of beginning, said point marking the most northwesterly boundary of the larger parcel of Johnnie Grimes as referenced by that deed recorded at Book 45, Page 235, of the records of the Office of the Judge of Probate of Coffee County, Alabama, thence from said point of beginning southerly 420 feet to a point, thence easterly 210 feet to a point, thence northerly 420 feet to the right of way of Coffee County Road 636, thence westerly along said right of way to the point of beginning, this being two acres more or less on the west side of and carved from that parcel of land of Johnnie P. Grimes.

YOU ARE, THEREFORE, HEREBY COMMANDED to provide notice of this action to all persons thought to have an interest in or claim to the defendant property and that you promptly, after execution of this process, file the same in this Court with your return thereon.

[illegible] interest in or claim against the defendant property, and who have received direct notice of the forfeiture action, must file a verified claim with the Clerk of this Court asserting that interest, in the manner set forth in 18 U.S.C. ◊ 983(a)(4)(A) and Supplemental Rule G(5), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication [illegible] of the filing [illegible] plaint [illegible] defendant [illegible] served on [illegible] owner, along [illegible] copy of the Complaint for Forfeiture. JESSE SEROYER, JR. UNITED STATES MARSHAL MIDDLE DISTRICT OF ALABAMA Mont. Adv. 8/20 8/27 [illegible] 750004/750008

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER: 3 | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL: [signature] | TITLE: U.S. Marshal |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample of solid line advertisement; set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

**U.S.M.S.**
**One Church Street, Suite A-100**
**Montgomery, AL 36104**
**(334) 223-7727**

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

[signature]
MY COMMISSION EXPIRES 11/06/2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery Advertiser
P.O. Box 1000
Montgomery, AL 36101-1000
Attn: Legal Ads

RECEIVED
2007 AUG 27 P 12: 42
UNITED MARSHAL MIDDLE

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Gary Edwards
B. Date of Deliver

C. Signature
X Gary Edwards
☐ Agent
☐ Addresse

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 2 1 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandis
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7006 0100 0003 2055 4773

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952