IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-00693-WKW |
| ) | |
| ONE PARCEL OF PROPERTY LOCATED ) | |
| AT 5138 COUNTY ROAD 636, ) | |
| ENTERPRISE, COFFEE COUNTY, ) | |
| ALABAMA, WITH ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that the parties shall file a joint status report **on or before February 20, 2008**.

DONE this 11th day of February, 2008.

                      /s/ W. Keith Watkins
                      UNITED STATES DISTRICT JUDGE