IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07cv693-WKW |
| ) | |
| **ONE PARCEL OF PROPERTY** ) | |
| **LOCATED AT 5138 COUNTY ROAD** ) | |
| **636, ENTERPRISE, COFFEE** ) | |
| **COUNTY, ALABAMA, WITH ALL** ) | |
| **APPURTENANCES AND** ) | |
| **IMPROVEMENTS THEREON,** ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and Johnnie Grimes (Claimant) by and through his attorney of record, Sydney Albert Smith, and hereby state as follows:

This court's order of February 11, 2008, required the parties to file a joint status report on or before February 20, 2008. The parties held a telephonic meeting on February 14, 2008.

Claimant agreed to forfeit the defendant real property at his sentencing in criminal case number 1:05cr152-MHT.  Claimant has filed an answer in this proceeding but has not filed a claim to the defendant property. Claimant's counsel will file a claim and, upon receipt of the claim, the United States will file either a motion

for summary judgment or a motion for judgment on the pleadings, pursuant to Rule 12 of the Federal Rules of Civil Procedure.

The parties are in agreement that this case will be resolved without the necessity of a trial.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Status Report.

                                    FOR THE UNITED STATES ATTORNEY
                                          LEURA G. CANARY

Date: 02/15/08                    **/s/Tommie Brown Hardwick**
                                    TOMMIE BROWN HARDWICK
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    United States of America

Date: 02/15/08                    **/s/Sydney Albert Smith**
                                    SIDNEY ALBERT SMITH
                                    Attorney for Claimant Johnnie Grimes

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

For Claimant:

Post Office Drawer 389
Elba, Alabama 36323-0389
Telephone: (334) 897-3658
Facsimile: (334) 897-6824