IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff;

vs.                                CIVIL ACTION NO.1:07cv693-WKW

ONE PARCEL OF PROPERTY,

    Defendant.

## CLAIM

Comes now, Johnny Grimes, owner of certain property the subject of this Forfeiture in Rem, and files herein his claim:

1. The property is described as:

> Beginning at the intersection of the south right of way of "old County Road 14", now known as Coffee County Road 636, and the east right of way of the Holloway Tabernacle Church Road, now known as Coffee County Road 639, then in a north easterly direction along the right of way of Coffee County Road 636 the distance of 616.49 feet to the point of beginning, said point marking the most norther westerly boundary of the larger parcel of Johnnie Grimes as referenced by that deed recorded at Book 45, Page 235, of the records of the Office of the Judge of Probate of Coffee County, Alabama, thence from said point of beginning southerly 420 feet to a point, thence easterly 210 feet to a point, thence northerly 420 feet to the right of way of Coffee County Road 636, thence westerly along said right of way to the point of beginning, this being two acres more or less on the west side of and carved from that parcel of land of Johnny P. Grimes.

2. The Claimant, Johnny P. Grimes is the owner of said property having obtained the larger parcel from which the subject property was carved by warranty deed dated May 29, 1920, and

recorded in the Office of the Judge of Probate, Enterprise Division, Coffee County, Alabama Deed Book 12, Page 234; Deed Book 45, page 235 recorded January 1, 1955; Deed Book 81, page 777 recorded January 1, 1970; and Deed Book 113 page 48 recorded December 30, 1982.

    3. The Claimant has agreed to the forfeiture of the subject property.

_____
Johnny Grimes

    Sworn to and Subscribed to by JOHNNY GRIMES, who is known to me, who being first sworn acknowledges the averments in this document are true and correct to the best of his knowledge.

_____
Dawn DeVane
Notary Public
My commission expires: 4/3/2011

    Respectfully submitted this the 5th day of March, 2008.

                                  s/Sydney Albert Smith
                                  Sydney Albert (Al) Smith
                                  ASB-3560-H70S
                                  Attorney at Law
                                  **Elba Office**
                                  P. O. Drawer 389
                                  Elba, Al 36323
                                  Phone:       334-897-3658
                                  Fax:334-897-6824
                                  sydneyalbertsmith@charter.net


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Tommie Hardwick, Assistant Unites States Attorney

<u>S/Sydney Albert Smith</u>
Sydney Albert Smith
ASB-3560-H70S
Attorney at Law
P. O. Drawer 389
Elba, AL 36323
Phone:       334-897-3658
Fax:           334-897-3824
sydneyalbertsmith@charter.net

STATE OF ALABAMA

COUNTY OF COFFEE

**QUITCLAIM DEED**

ENTERPRISE DIVISION

    KNOW ALL MEN BY THESE PRESENTS, that for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable considerations in hand paid to JOHNNY GRIMES, an unmarried man, (hereinafter called the Grantor), the receipt whereof is hereby acknowledged, the Grantor, JOHNNY GRIMES , hereby RELEASES, QUITCLAIMS, GRANTS, SELLS AND CONVEYS to THE UNITED STATES OF AMERICA, (hereinafter called the Grantee), all of the Grantor's right, title, interest, and claim in or to the following described real estate, situated in Coffee County, Alabama, to-wit:

> Beginning at the intersection of the south right of way of "old County Road 14", now known as Coffee County Road 636, and the east right of way of the Holloway Tabernacle Church Road, now known as Coffee County Road 639, then in a north easterly direction along the right of way of Coffee County Road 636 the distance of 616.49 feet to the point of beginning, said point marking the most northerwesterly boundary of the larger parcel of Johnnie Grimes as referenced by that deed recorded at Book 45, Page 235, of the records of the Office of the Judge of Probate of Coffee County, Alabama, thence from said point of beginning southerly 420 feet to a point, thence easterly 210 feet to a point, thence northerly 420 feet to the right of way of Coffee County Road 636, thence westerly along said right of way to the point of beginning, this being two acres more or less on the west side of and carved from that parcel of land of Johnny P. Grimes.

    TO HAVE AND HOLD to said GRANTEE forever.

NOTE: No part of the coveyed property is the homestead of the grantor.

Given under my hand and seal, this 5th day of March, 2008.

*Johnnie P. Grimes*
Johnny Grimes

STATE OF ALABAMA

ACKNOWLEDGMENT

COUNTY OF COFFEE

    I, the undersigned, a Notary Public, in and for said County and State, hereby certify that JOHNNIE GRIMES , whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

    Given under my hand this the 5th day of March, 2008.

Notary Public
My commission expires: 4/3/2011

This instrument prepared by:

Sydney Albert Smith
Smith & Smith, Attorneys at Law, LLC
P. O. Drawer 389
Elba, Al 36323
Phone:    334-897-3658
Fax:    334-897-6824