IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        Vs.                          CASE NO. 1:07-CV-693-WKW

ONE PARCEL OF PROPERTY LOCATED
AT 5138 COUNTY ROAD 636,
ENTERPRISE, COFFEE COUNTY,
ALABAMA, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

    Defendant.

## RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendant claimant, owner of the property, Mr. Grimes, does not oppose Summary Judgment in favor of the Government.

Counsel, for the purposes of this response, adopts the brief of the Government.

Respectfully submitted this the 25th day of April, 2008. [1]

                                          S/Sydney Albert Smith
                                          _____
                                          Sydney Albert Smith
                                          ASB-3560-H70S
                                          P. O. Drawer 389
                                          Elba, AL 36323
                                          334-897-3658

## CERTIFICATE OF SERVICE

---

[1] Counsel's response was delayed due to illness.

I certify that I have filed the above electronically with the ECF system which will send notice to all counsel of record.

                                                  S/Sydney Albert Smith

                                                  _____

Sydney Albert Smith