IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-00693-WKW |
| | ) | [wo] |
| ONE PARCEL OF PROPERTY LOCATED | ) | |
| AT 5138 COUNTY ROAD 636, | ) | |
| ENTERPRISE, COFFEE COUNTY, | ) | |
| ALABAMA, WITH ALL APPURTENANCES | ) | |
| AND IMPROVEMENTS THEREON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

This case is before the court on the government's Motion for Summary Judgment (Doc. # 15). Entry of summary judgment in favor of the government is not opposed. (*See* Doc. # 18.) Because there is no genuine issue of material fact, as evidenced by the government's brief and memorandum of law in support of its motion, it is ORDERED that the motion (Doc. # 15) is GRANTED. An appropriate judgment will be entered.

The government is DIRECTED to submit a proposed decree of forfeiture to the chambers of the undersigned.

DONE this 28th day of May, 2008.

     /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE