| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Ms. C. D. Brewer*  C. Date of Delivery *6-30-08* |
| 1. Article Addressed to:<br><br>Coffee Co. Judge of Probate<br>P.O. Box 311247<br>Enterprise, AL 36331 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 7006 2760 0005 1078 4409 | 5138 Co Rd 636 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

② 

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:07cv693-WKW |
|---|---|
| DEFENDANT<br>PARCEL OF PROPERTY LOCATED @ 5138 CO. RD. 636, ENTERPRISE, COFFEE CO., AL | TYPE OF PROCESS<br>DECREE OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

COFFEE COUNTY JUDGE OF PROBATE

RETURNED AND FILED

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

Post Office Box 311247 - Enterprise, Alabama 36331

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

JUL 10

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Tommie Brown Hardwick
Assistant United States Attorney
United States Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Asset Identification No. 05-DEA-459611

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT

*Tommie Brown Hardwick*

TELEPHONE NUMBER: (334) 223-7280
DATE: 06/23/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk *K. Chavers* | Date 6/25/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/3/08   Time: 1:55 pm

Signature of U.S. Marshal or Deputy: *Kevin A. Chavers*

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 6/26/08 C.M. # 7006 2760 0005 1078 4409
7/1/08 received Green Card signed "Misty Brewer"
7/3/08 received recorded copy BK 456 PG 817-820

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-00693-WKW |
| ) | |
| ONE PARCEL OF PROPERTY LOCATED ) | |
| AT 5138 COUNTY ROAD 636, ) | |
| ENTERPRISE, COFFEE COUNTY, ) | |
| ALABAMA, WITH ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## DECREE OF FORFEITURE

Before the court is the United States of America's Motion for Decree of Forfeiture (Doc. # 20).

On July 31, 2007, the United States filed a complaint of forfeiture pursuant to 21 U.S.C. § 881(a)(7), alleging that the parcel of property located at 5138 County Road 636, Enterprise, Coffee County, Alabama, with all appurtenances and improvements thereon ("Defendant real property") was used or intended to be used to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841(c) and a conspiracy to commit the same offense. (Doc. # 2).

It appearing that process was fully issued in this action and returned according to law:

On August 17, 2007, a United States Marshal personally served Johnnie Grimes with copies of the Verified Complaint for Forfeiture In Rem and Notice of Complaint for

Forfeiture Against Real Property (Doc. # 5);

On August 17, 2007, a United States Marshal personally served Attorney Al Smith with copies of the Verified Complaint for Forfeiture In Rem and Notice of Complaint for Forfeiture Against Real Property (Doc. # 6);

On August 20 and 27 and September 3, 2007, notice of this action was published in the Montgomery Advertiser newspaper (Doc.# 10);

On August 22, 2007, Johnnie Grimes filed an answer to the Verified Complaint for Forfeiture In Rem (Doc. # 4);

On March 5, 2008, Johnnie Grimes ("Claimant") filed his claim to the Defendant real property (Doc. # 14);

On March 25, 2008, the United States filed its brief and memorandum of law (Doc. # 16) requesting summary judgment on the grounds that no genuine issues of material fact existed since Claimant agreed to forfeit the Defendant real property in related criminal case number 1:05-cr-152, styled *United States v. Johnnie Grimes d/b/a Grimes Grocery*;

On April 25, 2008, Claimant filed a Response to Plaintiff's Motion for Summary Judgment and stated that he did not oppose judgment in favor of the Government (Doc. # 18);

On May 28, 2008, this court entered its Memorandum Opinion and Order forfeiting the Defendant real property to the United States (Doc. #19);

No other claim or answer has been filed on behalf of any other party.

2

OFFREC 456 819

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1.  The Motion for Decree of Forfeiture (Doc. # 20) is GRANTED.

2.  **Final Judgment of Forfeiture** of the Defendant property located at 5138 County Road 636, Enterprise, Coffee County, Alabama, with all appurtenances and improvements thereon, is entered in favor of the United States and no right, title, or interest in the property shall exist in any other party. The Defendant property is located at 5138 County Road 636, Enterprise, Coffee County, Alabama, and is more particularly described as follows:

> Beginning at the intersection of the south right of way of "old County Road 14", now known as Coffee County Road 636, and the east right of way of the Holloway Tabernacle Church Road, now known as Coffee County Road 639, then in a north easterly direction along the right of way of Coffee County Road 636 the distance of 616.49 feet to the point of beginning, said point marking the most northwesterly boundary of the larger parcel of Johnnie Grimes as referenced by that deed recorded at Book 45, Page 235, of the records of the Office of the Judge of Probate of Coffee County, Alabama, thence from said point of beginning southerly 420 feet to a point, thence easterly 210 feet to a point, thence northerly 420 feet to the right of way of Coffee County Road 636, thence westerly along said right of way to the point of beginning, this being two acres more or less on the west side of and carved from that parcel of land of Johnnie P. Grimes.

3.  The United States Marshal shall seize the above described property and take custody and control of it. All persons occupying said property shall be given sixty (60) days to vacate along with all personal property and possessions. The United States Marshal is expressly authorized to evict any person not vacating said property within the time specified

3

OFFREC 456 820

by the United States Marshal. In the exercise of discretion, the United States Marshal is authorized to allow persons to remain in the above described property after seizure when such continued occupancy is warranted.

4. The Defendant property shall be disposed of according to law.

5. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

15.00 REC
6.00 SpFC
21.00